UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:   James Joseph JIMENEZ
      Docket Number:   2:96CR00282-03
      PERMISSION TO TRAVEL
      <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 24, 2000, he was sentenced for the offense of 21 USC 841(a)(1) - Conspiracy to Possess and Distribute Methamphetamine.  Special conditions included Submit to search; Financial disclosure; and Page/cellular phone restrictions.

**Sentence imposed:**  131 months custody of the Bureau of Prisons; 60 month term of supervised release; and a $50 special assessment.

**Dates and Mode of Travel:**  Saturday, August 20, 2011, to Saturday, August 27, 2011.  Travel via US Airways from Sacramento, California, to Phoenix, Arizona, to Mazatlan, Mexico.

**Purpose:**  Vacation

**RE:   James Joseph JIMENEZ**
**Docket Number:   2:96CR00282-03**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Glenn P. Simon

**GLENN P. SIMON**
**Senior United States Probation Officer**

**DATED:**   August 5, 2011
Sacramento, California
GPS/sg

**REVIEWED BY:**   /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   X          Disapproved   _____

8/11/11          /s/ John A. Mendez
**Date**          **JOHN A. MENDEZ**
**United States District Judge**